# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

                                  Case No. 04-CR-281

    -vs-

**JAMES WOODS,**

        **Defendant.**

## ORDER

The defendant, James Woods ("Woods") motions the Court for judgment of acquittal or in the alternative for a new trial. The Court has received the submission and finds that more than sufficient evidence was produced at trial to sustain the jury's findings. In addition there is insufficient reason in the record to grant Woods a new trial in the interest of justice.

**NOW, THEREFORE, BASED ON THE FOREGOING IT IS HEREBY ORDERED THAT:**

Woods' motion for judgment of acquittal or in the alternative for a new trial is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of June 2005.

                                    **SO ORDERED,**

                                    <u>s/ Rudolph T. Randa</u>
                                    **HON. RUDOLPH T. RANDA**
                                    **Chief Judge**